AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ADARIUS CLARK o/b/o SHUMEKIA CLARK,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:20-cv-105

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered February 18, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of this Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), this case is remanded to the Acting Commissioner of Social Security for further consideration. This case stands closed.

Approved by: /s/ HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: February 18, 2022

John E. Triplett, Acting Clerk
Clerk

/s/ Jeanette Robinson
(By) Deputy Clerk

GAS Rev 10/2020